Stuart G. Gibboney and Others, Appellants, v. Arthur T. Vanderbilt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Alexander A. McInnes, Appellant, v. William M. Cannon, Respondent.— Order modified by permitting an X-ray photograph to be taken in conjunction with a physical examination of the plaintiff, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. This privilege, however, should not be abused, and should be limited to a time and place convenient to the plaintiff and by a physician designated by the court. (*Hollister* v. *Robertson*, 208 App. Div. 449.) Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Raffaele Fabiano, Appellant, v. Navigazione Generale Italiana, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Marion S. Dimick, Appellant, v. Charles Harcourt Dimick, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Christy Ann Weisl, Appellant, v. Ralph T. Ryan and Others, Defendants, Impleaded with Charles A. Ruberl, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to modify plaintiff's notice of examination denied, with ten dollars costs, and the notice reinstated *in toto*, and the motion directing service of further bill of particulars denied. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Irving B. Reeve, Respondent, v. James H. R. Cromwell, Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant James H. R. Cromwell to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Charles I. Goldman, as Treasurer of the International Pocketbook Workers' Union, Respondent, v. Wile Importing Co., Inc., and Max Wile, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Charles I. Goldman, as Treasurer of the International Pocketbook Workers' Union, Respondent, v. Wile Importing Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Equitable Casualty and Surety Company, Respondent, v. Lena N. Gordon, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.